```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01917
    SHERRI WEATHERSBY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-1922


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/29/2008 and was not confirmed.

    The case was dismissed without confirmation 03/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
OPTION ONE MORTGAGE         CURRENT MORTG         .00          .00           .00
OPTION ONE MORTGAGE         MORTGAGE ARRE   16500.00           .00           .00
OPTION ONE MORTGAGE         NOTICE ONLY     NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED        1252.66           .00           .00
COMMONWEALTH EDISON         UNSECURED       10389.64           .00           .00
PREMIER BANCARD CHARTER     UNSECURED         428.14           .00           .00
SPRINT-NEXTEL CORP          UNSECURED        1595.98           .00           .00
COOK COUNTY TREASURER       SECURED VEHIC         .00          .00           .00
ASTRO TITLE LENDERS         SECURED VEHIC         .00          .00           .00
ASTRO TITLE LENDERS         UNSECURED       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE    PRIORITY        NOT FILED          .00           .00
ACE                         UNSECURED       NOT FILED          .00           .00
ADVOCATE HEALTH CTR         UNSECURED       NOT FILED          .00           .00
AFNI INC                    UNSECURED       NOT FILED          .00           .00
ALLIED INTERSTATE           UNSECURED       NOT FILED          .00           .00
AMERITECH OF ILLINOIS       UNSECURED       NOT FILED          .00           .00
AT&T                        UNSECURED       NOT FILED          .00           .00
AVCO FINANCIAL              UNSECURED       NOT FILED          .00           .00
BANK ONE RETAIL LENDING     UNSECURED       NOT FILED          .00           .00
CERTEGY                     UNSECURED       NOT FILED          .00           .00
CHARTER ONE                 UNSECURED       NOT FILED          .00           .00
CHICAGO SUN TIMES           UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO PARKING     UNSECURED       NOT FILED          .00           .00
IC SYSTEMS INC              UNSECURED       NOT FILED          .00           .00
JOSEPH V CAPELLO DDS        UNSECURED       NOT FILED          .00           .00
DUPAGE RADIOLOGISTS         UNSECURED       NOT FILED          .00           .00
RMA                         UNSECURED       NOT FILED          .00           .00
SAGE TELECOM                UNSECURED       NOT FILED          .00           .00
SME PATHOLOGISTS SC         UNSECURED       NOT FILED          .00           .00
T MOBILE                    UNSECURED       NOT FILED          .00           .00
THOMAS GEORGE ASSOC LTD     UNSECURED       NOT FILED          .00           .00
TOOTHFAIRY WORD             UNSECURED       NOT FILED          .00           .00
US CELLULAR                 UNSECURED       NOT FILED          .00           .00
US CELLULAR                 UNSECURED       NOT FILED          .00           .00
US CELLULAR                 UNSECURED       NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 01917 SHERRI WEATHERSBY
```

```
VAN RU CREDIT CORPORATIO  UNSECURED       NOT FILED              .00              .00
NICOLE LAWSON             DEBTOR ATTY           .00                               .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                              600.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      600.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                       600.00
                          ---------------      ---------------
TOTALS                       600.00                 600.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
   Dated: 06/25/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```